DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

REMMINGTON RONALD NOVAK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2807
_____

June 7, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Manatee County; Frederick P. Mercurio, Judge.

PER CURIAM.

    Affirmed.

SILBERMAN, SMITH, and LABRIT, JJ., Concur.
_____

Opinion subject to revision prior to official publication.